■ AMERICAN ELECTRIC WIRE & WIRE SPECIALTIES, INC., Appellant, v STEPHEN S. SCOPAS et al., Respondents.—Order, Supreme Court, New York County, entered on or about July 19, 1976, unanimously affirmed for the reasons stated by Baer, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Birns, Capozzoli, Lane and Nunez, JJ.

■ ROBERT O. LEHMAN, Respondent, v AKI E. LEHMAN, Appellant.—Order, Supreme Court, New York County, entered on April 30, 1976, unanimously affirmed for the reasons stated by Gomez, J., at Special Term and that the stay granted by order of this court entered May 13, 1976, is vacated, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Silverman and Capozzoli, JJ.

■ FALMOUTH RESTAURANT CORP. et al., Appellants, v DUPONT ASSOCIATES, INC., et al., Respondents. STEVEN BALL, Respondent, v FALMOUTH RESTAURANT CORP. et al., Appellants.—Judgment, Supreme Court, New York County, entered on or about July 1, 1976, unanimously affirmed on the opinion of Bissell, J., at Trial Term, and that the respondents recover of the appellants $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Silverman and Capozzoli, JJ.

■ In the Matter of A. M. HUNTER & SONS, INC., Appellant, v METROPOLITAN STEEL INDUSTRIES, INC., Respondent.—Judgment, Supreme Court, New York County, entered on August 16, 1976, unanimously affirmed for the reasons stated by Saypol, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Silverman and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBO JOHNSON, Appellant.—Judgment, Supreme Court, New York County, rendered on July 24, 1975, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Lupiano, Birns and Capozzoli, JJ.

■ REBELTA LEWIN, Individually and as Administratrix of the Estate of MAISEI F. LEWIN, Deceased, Appellant, v AIR JAMAICA, Respondent.—Order, Supreme Court, Bronx County, entered on July 6, 1976, unanimously affirmed for the reasons stated by Helman, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Lane, JJ.

■ In the Matter of the Estate of LEONARDO VIGNA, Deceased. MARIA A. M. VIGNA, Respondent; ROSE VIGNA, Appellant.—Order, Surrogate's Court, Bronx County, entered on June 8, 1976, unanimously affirmed on the opinion of Gelfand, S., without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Silverman and Capozzoli, JJ.

■ In the Matter of the Estate of JOHN P. FAY, Deceased. VIOLET J. F. BUCK, Appellant; FLORENCE S. W. HUNTER et al., Respondents.—Decree, Surrogate's Court, New York County, entered on July 30, 1975, unanimously affirmed for the reasons stated by DiFalco, S., with $60 costs and disbursements to all parties filing briefs payable out of the estate. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Lane, JJ.